# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand twenty-two,

Before:  Jon O. Newman,
  Gerard E. Lynch,
  Michael H. Park,
   *Circuit Judges.*

---

United States of America,

  Appellee,

v.

Joaquin Archivaldo Guzman Loera, AKA El Chapo, AKA El Rapido, AKA Chapo Guzman, AKA Shorty, AKA El Senor, AKA El Jefe, AKA Nana, AKA Apa, AKA Papa, AKA Inge, AKA El Viejo, AKA Joaquin Guzman-Loera,

  Defendant - Appellant.

**JUDGMENT**

Docket No. 19-2239

---

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

